# CRIMINAL INFORMATION SHEET

Date: 9/15/2015 Judge: ✓ MJ McCarthy Deputy: ✓ Tami Calico

USPO: Garret Thomas MJ Cleary Karen Perkins

MJ Wilson Camie Portilloz

Case No. 15-MJ-175-FHM USA v. Harold R Stanley

Date of Arrest: 09/15/2015 Arrested By: USMS Detention Requested by AUSA

Bail Recommendation: Personal Recogniz ✓ Unsecured

**Additional Conditions of Release:**

✓ a. b. ______ p ( 1, 2, 3, 4, 5, 6 )
c. d. q ( 1, 2, 3, 4, 5, 6, 7, 8 )
e. ______ r ( 1, 2, 3, 4, 5, 6 )
f. g. ✓ h. i. j. s
k. l. m. n. o. t (other)

Defendant Requests Federal Public Defender/Ct. Appt. Counsel: ✓ Yes No

Defendant's Attorney: Julie Linnen ✓ FPD; Ct. Appt; Ret Counsel

AUSA: Neal Hong

**MINUTES:**

Interpreter: ______; ❑ Sworn

☑ Defendant appears in person for IA on: ❑ Indictment; ❑ Information; ❑ Complaint; ❑ Petition; ☑ Rule 5
with: ❑ Ret Counsel; ☑ FPD; ❑ Ct. Appt; ❑ w/o Counsel

☑ Financial Affidavit received and FPD/CJA appointed; ☑ Present ❑ Not Present

Defendant's name as reflected in the indictment/information/complaint/petition/Rule 5 is the true and correct legal name:
❑ Verified in open court
❑ Corrected by interlineation to ______
to reflect Defendant's true and correct name and all previous filings are amended by interlineation to reflect same.
❑ Unable to verify in open court: ❑ U.S. Atty. to verify & advise court; ❑ Defendant's Attorney to verify & advise court;

Waivers executed and filed: ❑ of Indictment; ❑ of Preliminary Exam; ❑ of Detention Hearing; ☑ of Rule 5 Hearings Identity only

☑ Bond set for PR Bond; Bond and conditions of release executed

❑ Government's Motion for Detention and Detention Hearing filed in open court

❑ Arraignment held and Defendant pleads Not Guilty; Court accepts plea; ❑ Scheduling dates to be mailed to counsel

❑ Initial Appearance continued to: ______ at ______ a.m./p.m.

❑ Arraignment scheduled: ______ at ______ a.m./p.m.

❑ Detention Hearing scheduled: ______ at ______ a.m./p.m.

❑ Preliminary Exam scheduled: ______ at ______ a.m./p.m.

❑ Defendant remanded to custody of U.S. Marshal: ❑ Pending further proceeding; ❑ Pending release on bond for treatment

Motion for Detention: ❑ Granted; ❑ Denied; ❑ Moot. Motion for Hearing: ❑ Granted; ❑ Denied; ❑ Moot

**Additional Minutes:** Defendant reserves right to Detention and Preliminary hearings in charging district. Defendant to appear in charging district on 9-22-15 at 2:45 p.m.