# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA


333 West Fourth
United States Courthouse
Tulsa, Oklahoma 74103

Frank H. McCarthy
U.S. Magistrate Judge

(918) 699-4760


September 15, 2015

Paige Wymore-Wynn
Clerk of Court
USDC W/D Missouri Western Division
400 East Ninth Street, Rm 1510
Kansas City, MO 64106

RE: USA v. Harold R Stanley
ND/OK Case No. 15-mj-175-FHM
Your Case No. 15-271-01-CR-W-HFS

Dear Clerk:

In compliance with Fed. R. Crim. P. 5, I am enclosing the original documents retained in the above-captioned case, and a copy of this Court's docket sheet.

Please acknowledge receipt on the enclosed copy of this letter and return the copy in the enclosed, self-addressed envelope.

Very truly yours,

PHIL LOMBARDI, CLERK

By: s/ T. Calico
Deputy Clerk